# STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT
### P.O. Box 16577
### Lake Charles LA 70616
### (337) 433-9403

John Martin Jefcoat
Galloway & Jefcoat
P. O. Box 61550
Lafayette LA 70596-1550

Robert Mark Martina
Gallow & Jeffcoat, LLP
P. O. Box 61550
Lafayette LA 70596

**REHEARING ACTION: January 15, 2014**

**Docket Number: 13   00596-CA**

**TOBY J. BROUSSARD**
**VERSUS**
**BROWN'S FURNITURE OF LAFAYETTE, INC., ET AL.**

**Appealed from Lafayette Parish Case No. C-20103489**

**BEFORE JUDGES:**

   **Hon. John D. Saunders**
   **Hon. Shannon J. Gremillion**
   **Hon. Phyllis M. Keaty**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Toby J. Broussard** has this day been

   **DENIED.**

cc: Jacob B. Fusilier, Counsel for the Appellee
    Joffre Wendel Fusilier, Counsel for the Appellee